

**SO ORDERED,**

*Katharine M. Samson*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: April 10, 2025**

**The Order of the Court is set forth below. The docket reflects the date entered.**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

IN RE:  BRENDA SUE BELL                                    CHAPTER 13
                                                           Case No. 24-51836-KMS
                                                           Dkt. #22

## AGREED ORDER RESCHEDULING
## §341 MEETING OF CREDITORS

THIS MATTER came on for consideration to show cause for Debtor's failure to attend her §341 Meeting, and the Court being advised that the parties have reached an agreement, finds that the §341 should be reset, and orders and adjudicates as follows:

IT IS THEREFORE ORDERED AND ADJUDGED that the Debtor's §341 Meeting of Creditors is hereby reset for ZOOM video meeting, ID # 846 854 1179 and Passcode 2798980867 on **May 9th, 2025,    at    10:30 am**.  Should the Debtor fail to appear at the reset §341, this case shall be dismissed without further motion, notice or hearing.  Debtor's Counsel shall be responsible for notifying all parties in interest of the reset date and time.

##END OF ORDER##

Order Prepared and Submitted by:                           Approved by:
/s/ Phillip Brent Dunnaway                                 _____
Phillip Brent Dunnaway, Esq. (MSB. 100443)                 T.C. Rollins, Esq., for Debtor
Attorney for Ch. 13 Trustee
P.O. Box 3749
Gulfport, MS 39505-3749