United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 24-51836-KMS
Brenda Sue Bell  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6    User: mssbad    Page 1 of 1
Date Rcvd: Apr 10, 2025    Form ID: pdf012    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brenda Sue Bell, 19195 Clearwater Drive, Kiln, MS 39556-6421 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 12, 2025      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jennifer A Curry Calvillo | on behalf of Debtor Brenda Sue Bell jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Brenda Sue Bell trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com waccourt1@gmail.com |

TOTAL: 4

**SO ORDERED,**



*/s/ Katharine M. Samson*

**Judge Katharine M. Samson**
United States Bankruptcy Judge
Date Signed: April 10, 2025

The Order of the Court is set forth below. The docket reflects the date entered.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

IN RE: BRENDA SUE BELL                          CHAPTER 13
                                                Case No. 24-51836-KMS
                                                Dkt. #22

## AGREED ORDER RESCHEDULING
## §341 MEETING OF CREDITORS

THIS MATTER came on for consideration to show cause for Debtor's failure to attend her §341 Meeting, and the Court being advised that the parties have reached an agreement, finds that the §341 should be reset, and orders and adjudicates as follows:

IT IS THEREFORE ORDERED AND ADJUDGED that the Debtor's §341 Meeting of Creditors is hereby reset for ZOOM video meeting, ID # 846 854 1179 and Passcode 2798980867 on **May 9th, 2025, at 10:30 am**. Should the Debtor fail to appear at the reset §341, this case shall be dismissed without further motion, notice or hearing. Debtor's Counsel shall be responsible for notifying all parties in interest of the reset date and time.

##END OF ORDER##

Order Prepared and Submitted by:                Approved by:
/s/ Phillip Brent Dunnaway                      /s/
Phillip Brent Dunnaway, Esq. (MSB. 100443)      T.C. Rollins, Esq., for Debtor
Attorney for Ch. 13 Trustee
P.O. Box 3749
Gulfport, MS 39505-3749