___



    **SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: May 9, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
___

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**IN RE: BRENDA SUE BELL**                    **CHAPTER 13**
                                                             **CASE NO. 24-51836-KMS**

## ORDER DISMISSING CASE

THIS MATTER came on for consideration on Motion *Ore Tenus* of the Chapter 13 Trustee to dismiss Debtor's bankruptcy case for failure to attend the reset §341 Meeting, and the Court having considered the matter and being advised that the Debtor has failed to comply with the terms of this Court's previous Order (Dkt. 28), orders as follows:

IT IS THEREFORE ORDERED that based upon the Debtor's failure to attend the reset §341 Meeting as required by this Court's previous Order (Dkt. 28), Debtor's bankruptcy case is hereby dismissed.

##END OF ORDER##

Order Prepared and Submitted by:

Phillip Brent Dunnaway, Esq.
Attorney for Chapter 13 Trustee
P.O. Box 3749
Gulfport, MS 39505-3749